UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| JANE HASTY, | ) |
|     Plaintiff, | ) **JUDGMENT IN A CIVIL CASE** |
| | ) **CASE NO. 4:22-CV-152-D-RN** |
| v. | ) |
| KILOLO KIJAKAZI, | ) |
| Acting Commissioner of Social Security, | ) |
|     Defendant. | ) |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further administrative proceedings.

**This Judgment Filed and Entered on May 16, 2023, and Copies To:**
Derrick Kyle Arrowood    (via CM/ECF electronic notification)
Brittany Johanna Gigliotti    (via CM/ECF electronic notification)
Wanda D. Mason    (via CM/ECF electronic notification)
Smantha Zeiler    (via CM/ECF electronic notification)

DATE:                             PETER A. MOORE, JR., CLERK
May 16, 2023             (By) /s/ Stephanie Mann
                                     Deputy Clerk